# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2020

*The Court of Appeals hereby passes the following order:*

## A20E0034. DREW WESTEN v. NANCY LAWLER; LAWLER, GREEN, PRINZ.

Upon consideration of the APPELLANT'S Emergency Motion for Request for Extension for Application for Discretionary Appeal in the above-styled case, it is ordered that the motion is hereby DENIED pursuant to Court Rule 31 (i).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  03/10/2020*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*